### 43559. MILLER v. PARKER.
(348 SE2d 655)

BELL, Justice.

Miller was convicted of burglary and rape in Floyd County, and on appeal his convictions were affirmed. *Miller v. State*, 151 Ga. App. 718 (261 SE2d 454) (1979). Miller subsequently brought a writ of habeas corpus contending, inter alia, that the evidence was insufficient to support his convictions. Relying on *Littles v. Balkcom*, 245 Ga. 285 (264 SE2d 219) (1980), the habeas court declined to address this issue. We granted Miller's application for a certificate of probable cause to appeal, and now remand the case to the habeas court for reconsideration in light of this court's opinion in *Valenzuela v. Newsome*, 253 Ga. 793 (325 SE2d 370) (1985). See also *Moore v. Kemp*, 254 Ga. 279 (328 SE2d 725) (1985); *Black v. Hardin*, 255 Ga. 239 (336 SE2d 754) (1985).

*Case remanded. All the Justices concur.*

DECIDED SEPTEMBER 3, 1986.

Floyd Miller, *pro se*.
Sell & Melton, Rick W. Griffin, Michael J. Bowers, Attorney General, Eddie Snelling, Jr., Assistant Attorney General, for appellee.